507 A.2d 387

COMMONWEALTH of Pennsylvania, Petitioner,

v.

David Gene CUTCHER.

Supreme Court of Pennsylvania.

April 15, 1986.

ORDER

PER CURIAM.

AND NOW, this 15th day of April, 1986, the Commonwealth of Pennsylvania's Petition for Allowance of Appeal is granted, the order of the Superior Court vacating in part the judgment of sentence imposed by the Court of Common Pleas of Erie County is reversed and the judgment of sentence of said Court of Common Pleas is hereby reinstated.

ZAPPALA, J., files a dissenting statement.

ZAPPALA, Justice, dissenting.

I dissent from the majority's *per curiam* order today summarily reversing the Superior Court's order vacating in part the judgment of sentence imposed for the Defendant's conviction of terroristic threats. Instead, the more prudent course would be to permit full briefing and oral argument on the issues raised by the petition.